THE NORTHPORT LUMBER AND COAL COMPANY, Respondent, v. MARIE W. CASEY, Appellant.— Judgment and order unanimously affirmed, with

costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.